IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DIXON,

    Plaintiff

v                                   Civil: C-1-01-616

COGNIS CORPORATION

    Defendant

**ORDER**

Parties are advised that Trial in the above styled case is RESCHEDULED to the February 2004 trial term.

**IT IS SO ORDERED.**

                                                                **s/Herman J. Weber**
                                                                **Herman J. Weber, Senior Judge**
                                                                **United States District Court**