UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **CLARENCE DIXON, JR.** | : | **CASE NO. C-1-01-616** |
| Plaintiff | : | Judge Weber |
| vs. | : | **STIPULATION OF** |
| **COGNIS CORPORATION** | : | **DISMISSAL WITH** |
| | : | **PREJUDICE** |
| Defendant | : | |

Now come all the parties and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate that the above-captioned action is dismissed with prejudice.

Each party shall bear its own costs.

SO STIPULATED.


s/ David D. Kammer

David D. Kammer - 0061808
Tobias, Kraus & Torchia
414 Walnut Street
Suite 911
Cincinnati, Ohio 45202
(513) 241-8137
(513) 241-7863 (fax)
Attorney for Plaintiff

s/ Ellen E. Boshkoff by David D. Kammer per email authorization
Ellen E. Boshkoff, *pro hac vice*
Baker & Daniels
300 North Meridian St.
Suite 2700
Indianapolis, IN 46204
(317) 237-1266
(317) 237-1000 (fax)
Attorney for Defendant

approved
s/ Weber
s/ USDJ
2/18/04