

A14

04 MAR 29 PM 2:19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DIXON                                                    CIVIL. ACTION: C-1-01-616

v

COGNIS                                                  JUDGE WEBER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I hereby acknowledge receipt of Depositions submitted by the defendant in the above styled case.

3/29/04
Date

_____
D. Packard, Defts atty